## STEBBINS *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL.

No. 384.   Decided October 18, 1965.

Appellant *pro se.*

*Acting Solicitor General Spritzer* for appellees.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.